August 14, 2026

**<u>Via Email</u>**

Harvey Fishbein

111 Broadway, Suite 701

New York, NY 10006

Kristin McAlpin

43 W. 43rd Street, Suite 476

New York, NY 10036

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**08/14/2026**

Dear Magistrate Judge Parker,

**<u>Re: United States v. Yeremi Martinez,</u>** (1:26 mj 3014)

I, along with Harvey Fishbein, represent Yeremi Martinez in the above referenced matter. Mr. Martinez appeared before Your Honor for his initial presentment on July 28, 2026. At that time, Your Honor granted bond in the amount of $75,000 to be co-signed by two financially responsible people by August 11, 2026. Two potential co-signers were interviewed by members of the US Attorney's Office on Monday August 10, 2026. Additional documents were requested following the interviews which have been provided to the Government, however the co-signers have not yet been approved. <u>We are seeking an additional two weeks until August 28, 2026 for the remaining conditions to be met. I have spoken with AUSA Ariana Bloom and the Government has no objection to this request.</u>

Restfully Submitted,

<u>/s/ Kristin McAlpin____</u>